UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BOZICH

               Plaintiff,

     -against-            :     1:25-cv-8833-

EXPERIAN INFORMATION SOLUTIONS INC.     **ALC ORDER**
         ET AL
           Defendants.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 5, 2026, Defendants filed a letter seeking a pre-motion conference ahead of filing a Motion to Dismiss. On January 9, 2026, Plaintiff filed a letter requesting additional time to respond. At this time, Defendants' motion is granted and Plaintiff's request is denied as moot.

The Court will conduct a telephone status conference in this action on February 5, 2026 at 3 pm. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

Dated:  January 12, 2026

      **New York, New York**                 **ANDREW L. CARTER, JR.**
                                             **United States District Judge**