**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**BOZICH**

                          **Plaintiff,**

             **-against-**                **1:25-cv-8833-**

**EXPERIAN INFORMATION SOLUTIONS INC.**   **ALC ORDER**
          **ET AL**
              **Defendants.**

---------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is rescheduling the February 5, 2026 telephonic conference to February 6, 2026 at 2 pm.

      The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:**   February 5, 2026

       **New York, New York**                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**