UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————— x

BOZICH

                                   Plaintiff,

                  -against-                              1:25-cv-8833-

EXPERIAN INFORMATION SOLUTIONS INC.          ALC ORDER
                ET AL
                              Defendants.

———————————————— x

ANDREW L. CARTER, JR., United States District Judge:

The Court is rescheduling the February 5, 2026 telephonic conference to February 10, 2026 at 4 pm.

The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

SO ORDERED.

Dated:   February 6, 2026

        New York, New York                    ANDREW L. CARTER, JR.
                                              United States District Judge