**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

**BOZICH**

                       **Plaintiff,**

        -against-

**EXPERIAN INFORMATION SOLUTIONS,**    :         **1:25-CV-8833 (ALC)**
**INC. ET AL**

                        **ORDER**
           **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the February 10, 2026 telephonic conference, the Parties are

ORDERED to file a joint status report February 26, 2026 with the status of settlement

negotiations. If the Parties are interested in being referred to a magistrate judge, court-annexed

mediation, or having me assist with settlement, indicate so in the JSR. If the Parties are not settling,

propose a briefing schedule for Defendant's Motion to Dismiss.

**SO ORDERED.**

**Dated:**   February 10, 2026

      **New York, New York**                           **ANDREW L. CARTER, JR.**
                                          **United States District Judge**